**Order entered July 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00001-CV

**THE GOODYEAR TIRE & RUBBER COMPANY, Appellant**

**V.**

**VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03294-E**

## ORDER

We **GRANT** court reporter Vikki Ogden's July 8, 2015 extension request and **ORDER** the record be filed no later than August 31, 2015. Because the reporter's record was first due February 2, 2015, we caution Ms. Ogden that failure to timely file the record *may result in an order that she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Mark Greenberg, Presiding Judge of County Court at Law No. 5; Ms. Ogden; and counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE